■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

DAVID JACKSON, Appellant.—Judgment, Supreme Court, New York County (Luis Neco, J.), rendered on March 12, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Ross, Lynch and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT SILVERBERG, Also Known as SCOTT SILBERBERG, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on November 29, 1984, unanimously affirmed.